## BAGGETT V. MASON, ET AL.

*Assumpsit.*

(Decided April 4, 1907.)

APPEAL from Bessemer City Court.

Heard before Hon. WILLIAM JACKSON.

PINKNEY SCOTT, for appellant.

ESTES, JONES & WELCH, for appellee.

ANDERSON, J.—The cause is affirmed on the authority of *Worthington & Co. v. Gwin*, 119 Ala. 44.

TYSON, C. J., DOWDELL and McCLELLAN, JJ., concur.

---

## BRENARD MANUFACTURING COMPANY V. HILTON, ET AL.

*Assumpsit.*

(Decided Feb. 14, 1907.)

APPEAL from Crenshaw Circuit Court.

Heard before Hon. J. C. RICHARDSON.

M. W. RUSHTON, for appellant.

F. B. BRICKEN, for appellee.

Affirmed. Opionion by HARALSON, J.

TYSON, C. J., SIMPSON and DENSON, JJ., concur.